No. 110. SPINKS REALTY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Frederick L. Pearce* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, Francis H. Horan,* and *Erwin N. Griswold* for respondent.

No. 111. CHICAGO, ROCK ISLAND & PACIFIC RY. CO. *v.* BENSON. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Frank T. Miller, Marcus L. Bell, W. F. Dickinson,* and *Daniel Taylor* for petitioner. *Mr. John E. Cassidy* for respondent.

No. 113. KIP ET AL. *v.* NEW YORK CENTRAL R. CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Ernest A. Bigelow* for petitioners. *Mr. Jacob Aronson* for respondents.

No. 115. KLINE *v.* BLACKWELL ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James M. Carson* for petitioner. *Mr. A. Frank Katzentine* for respondents.

No. 116. QUANAH, ACME & PACIFIC RY. CO. *v.* GRAY. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. H. Carrigan* for petitioner. No appearance for respondent.